UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN DOE &AL, § § *Plaintiff*, § § v. § § ALLASSANE DRAMANE § OUTTARA and DOMINIQUE § CLAUDINE NOUVIAN OUTTARA, § § *Defendants.* | No. 3:25-CV-1013-X |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 7). Doe filed an objection, arguing there are sufficient facts alleged to support its claims. (Doc. 8). The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court **DISMISSES WITHOUT PREJUDICE** the complaint and gives plaintiff leave to amend within 30 days.

**IT IS SO ORDERED** this 6th day of October, 2025.

1

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

2